IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:15-CR- 9 |
| | § | JUDGES PAYNE/ GILSTRAP |
| | § | |
| RYAN MCNEIL DAVIS | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

>Violation: 21 U.S.C. § 841(a)(1)
>(Possession with intent to distribute methamphetamine)

On or about June 4, 2014, in the Eastern District of Texas, **Ryan McNeil Davis**, Defendant herein, knowingly and intentionally possessed with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

**Information - Page 1**

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. Ryan Locker
Assistant United States Attorney
Texas Bar No. 24046307
500 North Stateline Avenue, Suite 402
Texarkana, Texas   75501
(903) 794-9481
(903) 792-5164 (fax)
Ryan.Locker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:15-CR-9 |
| | § | JUDGES PAYNE/ GILSTRAP |
| | § | |
| RYAN MCNEIL DAVIS | § | |

## NOTICE OF PENALTY

### COUNT 1

| | |
|---|---|
| Violation: | 21 U.S.C. § 841(a)(1) (Possession with intent to distribute and distribution of 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance) |
| Penalty: | Imprisonment for a term of not less than 5 years or more than 40 years; a fine not to exceed $5,000,000, or both; and a term of supervised release of at least 4 years. |
| Special Assessment: | $100.00 |

**Information - Page 3**